BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
HENRY LINDLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2: 03-CR-427-MCE |
| Plaintiff, | ) | |
| | ) | ORDER FOR MODIFICATION OF SUPERVISED RELEASE FROM LIFE-TIME TERM TO 10 YEAR TERM |
| v. | ) | |
| HENRY LINDLAND, | ) | |
| Defendant. | ) | |

The defendant having moved for early termination of his life-time term of supervised release and the Court having considered the arguments of the defendant and the government, and it appearing that there is good cause to modify the defendant's term of supervised release,

IT IS HEREBY ORDERED:

That the defendant's term of supervised release shall be a term of 10 years rather than the life-time term originally imposed.

IT IS SO ORDERED.

Date: March 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1